Karen L. Hanks, Esq.
Nevada Bar No. 9578
E-mail: karen@hankslg.com
Chantel M. Schimming, Esq.
Nevada Bar No. 8886
E-mail: chantel@hankslg.com
Ana P. Murguia, Esq.
Nevada Bar No. 16284
E-mail: ana@hankslg.com
Hanks Law Group
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC,<br><br>Plaintiff<br>vs.<br><br>THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-IM3; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants | Case No.: 2:22-cv-01802-CDS-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO PARTIAL MOTION TO DISMISS**<br><br>**(First Request)** |

SFR Investments Pool 1, LLC ("SFR") and The Bank of New York Mellon fka The Bank of New York as trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2005-IM3 ("BNYM"), by and through their undersigned counsel, hereby stipulate and agree that SFR shall have and additional 21 days, up to and including **February 7, 2023** to file a response to BNYM's Partial Motion to Dismiss [ECF No. 10], which is currently due on January 17, 2023.

Good cause exists to extend SFR's deadline to respond because the parties are in continuing settlement negotiations on this property and are hopeful the matter can settle without further litigation. The parties wish to save the parties and judiciary time and expense and a settlement will avoid the need for additional briefing on the pending motion.

- 1 -

This is the parties' first requested extension of this deadline and this request is not intended to cause any delay or prejudice to any party.

| DATED this 13th day of January, 2023. | DATED this 13th day of January, 2023. |
|---|---|
| **HANKS LAW GROUP** | **AKERMAN LLP** |
| */s/ Chantel M. Schimming* | */s/ Natalie L. Winslow* |
| KAREN L. HANKS, ESQ. | NATALIE L. WINSLOW, ESQ. |
| Nevada Bar No. 9578 | Nevada Bar No. 12125 |
| CHANTEL M. SCHIMMING, ESQ. | 1635 Village Center Circle, Suite 200 |
| Nevada Bar No. 8886 | Las Vegas, NV 89134 |
| 7625 Dean Martin Drive, Suite 110 | |
| Las Vegas, NV 89139 | *Attorneys for The Bank of New York Mellon fka The Bank of New York as trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2005-IM3* |
| *Attorneys for SFR Investments Pool 1, LLC* | |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: January 17, 2023

- 2 -