KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@hankslg.com
CHANTEL M. SCHIMMING, ESQ.
Nevada Bar No. 8886
E-mail: chantel@hankslg.com
HANKS LAW GROUP
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC,<br><br>　　　　　　Plaintiff<br><br>v.<br><br>THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-IM3; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>　　　　　　Defendants<br><br>THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-IM3,<br><br>　　　　　　Counter-Plaintiff<br><br>v.<br><br>SFR INVESTMENTS POOL 1, LLC; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>　　　　　　Counter-Defendants. | Case No. 2:22-cv-01802-CDS-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

…

…

- 1 -

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

SFR Investments Pool 1, LLC, by and through its counsel, Hanks Law Group and The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2005-IM3, by and through its counsel, Akerman LLP, hereby stipulate and agree that all claims against all parties are hereby dismissed, with prejudice, with each side to bear its own fees and costs.

| **AKERMAN LLP** | **HANKS LAW GROUP** |
|---|---|
| */s/ Natalie L. Winslow*<br>Natalie L. Winslow, Esq.<br>Nevada Bar No. 12125<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br>*Attorneys for The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2005-IM3* | */s/ Chantel M. Schimming*<br>Chantel M. Schimming, Esq.<br>Nevada Bar No. 8886<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, NV 89139<br>*Attorneys for SFR Investments Pool 1, LLC* |

**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

DATED: August 10, 2023

- 2 -